

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Reginald D. Reece

No. 06-15-00093-CR

Original Mandamus Proceeding

Opinion delivered by *Justice Carter and Chief Justice Morriss and Justice Moseley, participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JUNE 4, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk